NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APTIV SERVICES 5 US, LLC,**
*Appellant*

**v.**

**MICROCHIP TECHNOLOGY, INC.,**
*Cross-Appellant*

---

2019-1537, 2019-1538, 2019-1601, 2019-1603

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00861, IPR2017-00864.

---

## JUDGMENT

---

SCOTT ANTHONY MCKEOWN, Ropes & Gray LLP, Washington, DC, argued for appellant.  Also represented by DOUGLAS HALLWARD-DRIEMEIER; JAMES LAWRENCE DAVIS, JR., HENRY HUANG, East Palo Alto, CA.

BRIAN C. BANNER, Slayden Grubert Beard PLLC, Austin, TX, argued for cross-appellant.  Also represented by BRUCE W. SLAYDEN, II.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 5, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |